MICHAEL BAILEY
United States Attorney
District of Arizona

SETH T. GOERTZ
Assistant U.S. Attorney
Arizona State Bar No. 031645
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: seth.goertz@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case no. 20-170MJ |
|---|---|
| Plaintiff, | **COMPLAINT PURSUANT TO 18 U.S.C. § 3184** |
| vs. | |
| Ricardo Fraser, | |
| Defendant. | |

I, Seth Goertz, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to France.

2. There is an extradition treaty in force between the United States and France. *See* Extradition Treaty Between the United States of America and France, U.S.-Fr., Apr. 23, 1996, S. Treaty Doc. No. 105-13 (1997), *as amended by* the Instrument as contemplated by Article 3, paragraph 2, of the Agreement on Extradition Between the United States of America and the European Union signed 25 June 2003, as to the application of the Extradition Treaty Between the United States of America and France signed 23 April 1996, U.S.-Fr., Sept. 30, 2004, S. Treaty Doc. No. 109-14 (2006) (referred to hereafter as the "Treaty").

3. Article 13 of the Treaty provides for the provisional arrest and detention of alleged fugitives pending the submission of a formal request for extradition and supporting documents.

4. Pursuant to Article 13 of the Treaty, the Government of France has asked the United States for the provisional arrest of Ricardo FRASER ("FRASER") for the purpose of his extradition. According to the information provided by the Government of France, a French investigating judge from the Court of Appeal of Basse-Terre, High Court (Tribunal De Grande Instance) of Pointe-a-Pitre, located in Guadeloupe, France issued a warrant for FRASER's arrest on October 3, 2019. The warrant charges FRASER with, among other things, aiding and abetting the possession of narcotics in violation of Articles 121-7 and 222-37 *et al.* of the French Criminal Code ("FCC"), and aiding and abetting the importation of narcotics, in violation of Articles 121-7 and 222-36 *et al.* of the FCC.[1] The provisional arrest request presents the following facts as the basis for the criminal charges and arrest warrant.

    a. On July 14, 2019, American citizens Bria Robinson ("Robinson") and Hasani Watson ("Watson") were stopped by French customs agents at Pole Caraibes Airport in Guadeloupe, France, while in transit from Saint Martin to Paris, France. French authorities found three packages of cocaine in each of their suitcases, totaling 4.276 kilograms—2.13 kilograms were found in Robinson's suitcase and 2.146 in Watson's suitcase.

    b. Both women told French authorities that they made the journey from Phoenix, Arizona to Saint Martin at the direction of Robinson's friend, Ricardo FRASER. Both also stated that FRASER, who remained in the U.S., financed

---

[1] The United States is seeking a warrant for FRASER's provisional arrest based only on these two charges. France has requested FRASER's provisional arrest on additional charges, and the United States' decision to proceed in urgent circumstances on these select charges is without prejudice to proceeding on additional charges when France's formal request for extradition is submitted to the United States, reviewed by the U.S. Department of State, and submitted to the Court.

their travel to, as well as their accommodation in, Saint Martin. An analysis of Robinson's cell phones confirmed that FRASER had organized the trip to Saint Martin, bought plane tickets for Robinson and Watson, and provided them with cash. The investigation also revealed that FRASER connected Robinson and Watson with individuals residing in Sint Maarten, the Dutch side of the island of Saint Martin, and that during a meeting in Sint Maarten, these individuals provided Robinson and Watson with two suitcases containing cocaine along with plane tickets to Paris. FRASER also provided Robinson and Watson with the contact information for the person who was to receive the drugs in Paris. French authorities subsequently discovered SMS exchanges between Robinson and the individual who was to receive the drugs.

  c. According to Watson's statements to French authorities, FRASER told her that the purpose of the trip was to deliver one or more suitcases containing cocaine. Robinson and Watson further stated that FRASER threatened both them and their families at the time of their departure from Phoenix and while they were in Saint Martin.

  d. Among the evidence extracted from Robinson's cell phone, French authorities discovered several SMS messages explicitly referring to the delivery of suitcases and the collection of money.

  e. On June 4, 2020, Robinson and Watson were questioned by the French investigating judge. During questioning, both Robinson and Watson identified FRASER as a drug trafficker.

  f. As part of the request, French authorities have provided photographs of FRASER, including a photograph that was extracted from Robinson's cell phone, on which basis Robinson identified FRASER to French authorities.

6. The offense with which FRASER is charged is provided for in Article 2 of the Treaty.

7. FRASER, a native and citizen of Jamaica, is currently in removal proceedings before U.S. authorities. He may be found within the jurisdiction of this Court at 1100 Bowling Road Florence, Arizona, a U.S. Immigration and Customs Enforcement detention facility.

8. The Government of France has represented that it will submit a formal request for extradition supported by the documents specified in the Treaty, within the time required under the Treaty.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and France.

Respectfully submitted this 14th day of July, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/Seth T. Goertz*
SETH T. GOERTZ
Assistant U.S. Attorney

Subscribed and sworn to telephonically on this 14 day of July, 2020, and a warrant shall issue.

THE HONORABLE MICHELLE H. BURNS
United States Magistrate Judge