# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

FILED ___ LODGED ___
RECEIVED ___ COPY
MAY 05 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Extradition Hearing        ☐ Non-Jury Trial        ☐ Jury Trial

USA vs. Fraser, Ricardo                                2:20-MJ-00170-MTM
Last, First, Middle Initial                            Year-Case No-Deft No-Judge

☒ GOVERNMENT                              ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | 4-16-21 | 5.5.21 | Formal Request for Extradition (1-92) |
| 2. | 4.16.21 | 5.5.21 | Additional Information in Support of Extradition from December 4, 2020 (1-11) |
| 3. | | | |
| 4. | | | |
| 5. | | | |