# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 05 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case Number: 20-00170-MTM     Judge Code: _____     Date: April 16, 2021

Case Name: United States _____ vs. Ricardo Fraser _____

[ ] Plaintiff / Petitioner    [X] Defendant / Respondent

[ ] Non-Jury    [ ] Jury Trial    [ ] Other Hearing: Extradition Hearing

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 100 | 4-16-21 | 5-5-21 | Q Link record for 602.770.4819 (Bates 123-125) | |
| 101 | 4-16-21 | 5-5-21 | Toll Records for 602.770.4819 (Bates 67-122) | |
| 102 | 4-16-21 | | Factual Background, Extradition Request and Supplement (Bates 13) | |
| 103 | | | | |
| 104 | | | | |
| 105 | | | | |
| 106 | | | | |
| 107 | | | | |
| 108 | | | | |
| 109 | | | | |

1